**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

NOV 1 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOUGLAS HUNTER, | No. 17-15536 |
| Plaintiff-Appellant, | D.C. No. 3:16-cv-03657-JST |
| v. | |
| RON DAVIS, Warden; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Jon S. Tigar, District Judge, Presiding

Submitted October 23, 2017**

Before:    LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

John Douglas Hunter, a California state prisoner, appeals pro se from the

district court judgment dismissing his 42 U.S.C. § 1983 action alleging unlawful

conditions of confinement.  We have jurisdiction under 28 U.S.C. § 1291.  We

review de novo.  *Wilhelm v. Rotman*, 680 F.3d 1113, 1118 (2012).  We affirm.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The district court properly dismissed Hunter's action because Hunter failed to allege facts sufficient to show that any defendant knew of and disregarded an excessive risk to his health. *See Toguchi v. Chung*, 391 F.3d 1051, 1057-58 (9th Cir. 2004) (a prison official acts with deliberate indifference only if he or she knows of and disregards an excessive risk to the prisoner's health; mere negligence is insufficient to establish deliberate indifference).

We reject as unsupported by the record Hunter's contention that the district judge was biased against him.

**AFFIRMED.**